JOHN P. HARVEY, Respondent, *v.* ESTELLE R. WRIGHT, Impleaded, etc., Appellant.

*Harvey* v. *Van Cott et al.*, 71 Hun, 394, affirmed.
(Argued April 9, 1896; decided April 28, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made September 12, 1893, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Charles E. Patterson* and *S. W. Petrie* for appellant.

*C. J. Palmer* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.